HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO JIMENEZ, JR., ) | Civil No. 06-03939 PVT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Monday, December 18, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                        _____
                                        KEVIN V. RYAN
                                        United States Attorney
```

Dated: October 30, 2006                 /s/_____
                                        SARA WINSLOW
                                        Assistant U.S. Attorney



Dated: October 30, 2006                 /s/_____
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        LEO JIMENEZ, JR.


IT IS SO ORDERED.


Dated: 11/6/06                          _____
                                        HON. PATRICIA V. TRUMBULL.
                                        United States Magistrate Judge

2

STIPULATION AND ORDER