HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEO JIMENEZ, JR., | ) Civil No. 06-03939 PVT |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, January 17, 2007 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

| | |
|---|---|
| | _____ |
| | KEVIN V. RYAN |
| | United States Attorney |
| | |
| Dated: November 30, 2006 | /s/ _____ |
| | SARA WINSLOW |
| | Assistant U.S. Attorney |
| | |
| Dated: November 30, 2006 | /s/ _____ |
| | HARVEY P. SACKETT |
| | Attorney for Plaintiff |
| | LEO JIMENEZ, JR. |

IT IS SO ORDERED.

| | |
|---|---|
| Dated: 12/4/06 | *Patricia V. Trumbull* (signature) |
| | HON. PATRICIA V. TRUMBULL. |
| | United States Magistrate Judge |

2

STIPULATION AND ORDER