1 | HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DIVISION OF SAN JOSE

| | |
|---|---|
| LEO JIMENEZ, JR., | ) Civil No. 06-03939 PVT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) JOINT STIPULATION AND ~~PROPOSED~~ |
| | ) ORDER TO CONTINUE STATUS |
| MICHAEL J. ASTRUE, | ) CONFERENCE |
| Commissioner, | ) |
| Social Security Administration, | ) Date:  10/19/10 |
| | ) Time: 2:00 p.m. |
| Defendant. | ) Courtroom: 5, 4th Floor |
| | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record that the Status Conference currently scheduled for Tuesday, October 5, 2010 at 2:00 p.m. be moved to Tuesday, October 19, 2010 at 2:00 p.m.  This continuance is necessary because counsel for Plaintiff will be appearing at that time before a hearing before a United States Administrative Law Judge.

1
JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE

                                              Melinda Haag
                                              United States Attorney

Dated: September 22, 2010              /s/_____
                                              GERALYN A. GULSETH
                                              Special Assistant United States Attorney
                                              Attorney for Defendant

Dated: September 22, 2010              /s/_____
                                              HARVEY P. SACKETT
                                              Attorney for Plaintiff
                                              LEO JIMENEZ, JR.

IT IS HEREBY ORDERED:


Dated:   10/1/10                                          *Patricia V. Trumbull*
                                              PATRICIA V. TRUMBULL
                                              United States Magistrate Judge

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

2

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE