1  HARVEY P. SACKETT (72488)
2
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile:  (408) 295-7444
7
8  /as
9
10 Attorney for Plaintiff
11
12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14              DIVISION OF SAN JOSE
15
16 LEO JIMENEZ, JR.,              ) Civil No. C06-03939 (PVT)
                                  )
17         Plaintiff,             )
                                  )
18                                )
   v.                             ) JOINT STIPULATION AND ORDER
19                                ) TO REMOVE STATUS CONFERENCE
                                  )
20 JO ANNE B. BARNHART,           )
   Commissioner,                  ) Date:  10/19/10
21 Social Security Administration,) Time: 2:00 p.m.
                                  ) Courtroom: 5, 4th Floor
22         Defendant.             )
                                  )
23 _____ )
24
25     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that the
   Status Conference, presently scheduled for October 19, 2010 at 2:00 p.m. shall be removed
26 from the calendar.
27
28

                                    1
JOINT STIPULATION AND ORDER TO REMOVE STATUS CONFERENCE

        MELINDA HAAG
        United States Attorney

Dated: October 18, 2010        /s/
        GERALYN A. GULSETH
        Special Assistant U.S. Attorney

Dated: October 18, 2010        /s/
        HARVEY P. SACKETT
        Attorney for Plaintiff
        LEO JIMENEZ, JR

IT IS SO ORDERED.

Dated:  10/19/10

        PATRICIA V. TRUMBULL
        United States Magistrate Judge

2
JOINT STIPULATION AND ORDER TO REMOVE STATUS CONFERENCE